Linda S. Husar (SBN 93989)
Email: lhusar@reedsmith.com
Thomas E. Hill (SBN 100861)
Email: thill@reedsmtih.com
Stephanie H. Espinosa (SBN 251794)
Email: sespinosa@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:   213 457 8000
Facsimile:    213 457 8080
Attorneys for Defendant
Ryder Truck Rental, Inc.

Robert P. Karwin (SBN 190573)
Email: rkarwin@karwinlaw.com
LAW OFFICES OF ROBERT P. KARWIN
29800 Bradley Road, Suite 103
Sun City, California 92586
Telephone:   951 246 4514
Facsimile:    951 246 8174
Attorney for Plaintiff
Bryan Rector

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| Bryan Rector, | Case No.  EDCV 10-581-SVW (FFMx) |
|---|---|
| Plaintiff, | **ORDER TO DISMISS ENTIRE CIVIL ACTION WITH PREJUDICE** |
| vs. | Honorable Stephen V. Wilson |
| Ryder, a corporation, and DOES 1-50, INCLUSIVE, | Compl. Filed:   March 3, 2010<br>Trial Date:        October 19, 2010 |
| Defendants. | |

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   Having considered the parties' Stipulation to Dismiss Entire Civil Action with
3   Prejudice, IT IS HEREBY ORDERED that:

4   The above-entitled action is dismissed with prejudice in its entirety pursuant
5   to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear his /
6   its own attorneys' fees and costs.

7   IT IS SO ORDERED.

DATED:  July 20, 2010

By *[signature]*
Honorable Stephen V. Wilson

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

[PROPOSED] ORDER TO DISMISS ENTIRE CIVIL ACTION WITH PREJUDICE